# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE R. GALLARDO,** | Case No. 2:11-cv-00318-FMO |
| Plaintiff, | **ORDER** |
| vs. | |
| **PALISADES COLLECTION, LLC,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

Dated this 27th day of June, 2011.

_____/s/_____
The Honorable Fernando M. Olguin